**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re EX PARTE APPLICATION OF EXCHANGE UNION COMPANY, et al.**,<br><br>*Applicants*. | **Case No. 2:26-mc-00036-JDW** |

**ORDER**

AND NOW, this 21st day of October, 2026, upon consideration of Respondent's Motion To Vacate And Quash (ECF No. 18), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that the Conditional Cross-Application For Reciprocal Discovery (ECF No. 19), is **DENIED AS MOOT**.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.